FILED
FEB 1 3 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALLEN VIERS,<br><br>Defendant. | CR 18-98-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, CODY ALLEN VIERS is hereby released from the custody of the U.S. Marshal Service.

DATED this 13th day of February, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE