IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALLEN VIERS,<br><br>Defendant. | CR 18-98-BLG-SPW<br><br><br>ORDER |

Upon the Defendant's Unopposed Motion to Vacate Hearing on Modification of Supervised Release Condition (Doc. 37), and for good cause appearing

IT IS HEREBY ORDERED that the hearing set for Thursday, July 23, 2020 at 3:30 p.m. is **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 10th day of July, 2020.

SUSAN P. WATTERS
United States District Judge

1