IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CODY ALLEN VIERS,<br><br>                         Defendant. | CR 18-98-BLG-SPW<br><br><br>ORDER |

At the request of U.S. Probation,

IT IS HEREBY ORDERED that the Final Hearing re Revocation of Supervised Release currently scheduled for Thursday, October 27, 2022 at 1:30 p.m. is **VACATED** and **RESET** to commence on **Wednesday, October 26, 2022 at 1:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this ___4th___ day of October, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1